United States District Court
Southern District of Texas
FILED

PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 10/99)

MAR 2 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~Eastern~~ Southern DISTRICT OF TEXAS
~~Tyler~~ Brownsville Division

MISCELLANEOUS
B-04-010

Amended PETITION FOR A WRIT OF HABEAS CORPUS BY A
PERSON IN STATE CUSTODY

Edward Kent Hauersperger
**PETITIONER**
(Full name of Petitioner)

Micheal Prison Unit
**CURRENT PLACE OF CONFINEMENT**

873197
**PRISONER ID NUMBER**

VS.

Warden Castro
**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of petitioner)

6:03 CV 99
**CASE NUMBER**
(Supplied by the Clerk of the District Court)

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum.

3. When the Clerk of Court receives the $5.00 filing fee, the Clerk will file your petition if it is in proper order.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-ID, you must send in a certified *In Forma Pauperis* Data Sheet from the institution in which you are confined. If you are in an institution other than TDCJ-ID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. If you want to challenge judgments entered by different courts, either in the same state or in different states, you must file separate petitions as to each court.

6. Include all your grounds for relief and all the facts that support each ground for relief in this petition.

7. When you have finished filling out the petition, mail <u>the original and two copies</u> to the Clerk of the United States District Court for the federal district within which the State court was held which convicted and sentenced you, or to the federal district in which you are in custody. A "VENUE LIST," which lists U.S. District Courts in Texas, their divisions, and the addresses for the clerk's office for each division, is posted in your unit law library. You may use this list to decide where to mail your petition.

8. Petitions that do not meet these instructions may be returned to you.

---

## PETITION

### What are you challenging? (Check only one)

- [x] A judgment of conviction or sentence, probation or deferred-adjudication probation   (Answer Questions 1-4, 5-12 & 20-23)
- [ ] A parole revocation proceeding.   (Answer Questions 1-4, 13-14, & 20-23)
- [ ] A disciplinary proceeding.   (Answer Questions 1-4, 15-19 & 20-23)

### All petitioners must answer questions 1-4:

1. Name and location of the court (district and county) which entered the conviction and sentence that you are presently serving or that is under attack: **138th District Court Cameron County**

2. Date of judgment of conviction: **APRIL 14th 1997**

3. Length of sentence: **10 YRS. PROBATION**

4. Nature of offense and docket number (if known): **Sexual Assault 96-CR-1627 B**

### Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:

5. What was your plea? (Check one)

   - [x] Not Guilty
   - [ ] Guilty
   - [ ] Nolo contendere

6. Kind of trial: (Check one)   [x] Jury   [ ] Judge Only

7.  Did you testify at the trial?  ☐ Yes  ☒ No

8.  Did you appeal the judgment of conviction?  ☒ Yes  ☐ No

9.  If you did appeal, in what appellate court did you file your direct appeal?

    Verbal 138th District Texas Cause Number (if known) 96-CR-1627B

    What was the result of your direct appeal (affirmed, modified or reversed): NONE KNOWN

    What was the date of that decision? Presen

    If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

    Result: I don't know what Petition for discretionary review is. Not in Blacks Dictionary.
    Date of result: _____ Cause Number (if known): _____

    If you filed a petition for *writ of certiorari* with the United States Supreme Court, answer the following: I don't know how to file writ of
    Result: certiorari.

    Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state application for writ of habeas corpus that you may have filed.

    ☒ Yes  ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: 138th District court of Texas
    Nature of proceeding: New Trial; 15 motions unanswered till present
    Cause number (if known): 96-CR-1627B

    Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court. June 8th 2001

    Grounds raised: None. Court was aware of proceedings factually inducing misstrial. see Evidence ①

Date of final decision: June 8th 2001

Name of court that issued the final decision: 138th District Texas

As to any *second* petition, application or motion, give the same information:

Name of court: Court of criminal appeals

Nature of proceeding: Habius corpus

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court. Jan. 29th 2002

Grounds raised: inneffective assistance of council. Attorney refused to go to crime scene, seek out eye witnesses.

Date of final decision: April 24th 2002

Name of court that issued the final decision: Court of criminal appeals

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?
   ☐ Yes   ☑ No
   (a) If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future:

   _____

   (b) Give the date and length of the sentence to be served in the future: _____

   (c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?

   ☐ Yes   ☐ No

**Parole Revocation:**

13.   Date and location of your parole revocation: _____

14.   Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation?

   ☐   Yes              ☐   No

   If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15.   For your original conviction, was there a finding that you used or exhibited a deadly weapon?        ☐ Yes        ☐ No

16.   Are you eligible for mandatory supervised release?        ☐ Yes        ☐ No

17.   Name and location of prison or TDCJ Unit that found you guilty of the disciplinary violation:

   _____

   Disciplinary case number: _____

18.   Date you were found guilty of the disciplinary violation: _____

   Did you lose previously earned good-time credits?        ☐ Yes        ☐ No

   Identify all punishment imposed, including the length of any punishment if applicable, any changes in custody status, and the number of earned good-time credits lost: _____

   _____

19.   Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?

   ☐   Yes              ☐   No

   If your answer to Question 19 is "yes," answer the following:

   Step 1 Result: _____

   _____

   Date of Result: _____

   Step 2 Result: _____

   _____

Date of Result: _____

**All applicants must answer the remaining questions:**

20. State <u>clearly</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    **CAUTION:**
    <u>Exhaustion of State Remedies:</u> You must ordinarily present your arguments to the highest state court as to each ground before you can proceed in federal court.
    <u>Subsequent Petitions:</u> If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

Following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement is a separate ground for possible relief. You may raise any grounds, even if not listed below, if you have exhausted your state court remedies. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your belief that you are being held unlawfully.

<u>DO NOT JUST CHECK ONE OR MORE OF THE LISTED GROUNDS</u>. Instead, you must also STATE the SUPPORTING FACTS for ANY ground you rely upon as the basis for your petition.

(a) Conviction obtained by a plea of guilty which was unlawfully induced, or not made voluntarily, or made without an understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by the use of a coerced confession.

(c) Conviction obtained by the use of evidence gained from an unconstitutional search and seizure.

(d) Conviction obtained by the use of evidence obtained from an unlawful arrest. *I was unlawfully arrested in MO: CI-28-97 by Texas agents.*

(e) Conviction obtained by a violation of the privilege against self-incrimination. *Judge declared me prior Felon, I was NOT.*

(f) Conviction obtained by the prosecution's failure to tell the defendant about evidence favorable to the defendant. *Prosecutor had contradictory statements by victim, names of witnesses, NCIC read out (showed my real name was Hauersperger.* —

(g) Conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled.

(h) Conviction obtained by a violation of the protection against double jeopardy.

(i) Denial of effective assistance of counsel. *Attorney refused to seek witnesses.*

(j) Denial of the right to appeal. *Attorney did not file for appeal, nor anders brief.*

(k) Violation of my right to due process in a disciplinary action taken by prison officials.

A. **GROUND ONE:** Refused Appeal.

Supporting FACTS (tell your story briefly without citing cases or law):

138th District court refuses to reply to Any communication. 13th court of Appeals evades issue of Appeal of "original trial". Attorney Gonzalaze did not file appeal Brief.

B. **GROUND TWO:** State Action impeeded appeal. Constitutional violation. Habus corpus impeeded.

Supporting FACTS (tell your story briefly without citing cases or law):

Texas Criminal Practice Guide of mine was taken by State of Texas Nov. 98' Jan. 01 State of Texas took all my legal. Things taken July 4th 2003 Just returned after 7 mos. other things still missing.

C. **GROUND THREE:** Malicous Prosecution

Supporting FACTS (tell your story briefly without citing cases or law):

William Hagen Gave other crimes evidence with nothing to supports his claims. He also claimed I was using FAKE Name; Had sent me to prison under FAKE NAME.

D.  GROUND FOUR: <u>Denied Eye witness / Inneffective assistance of counsil.</u>

Supporting FACTS (tell your story briefly without citing cases or law):

<u>Man's condominyum patio was feet from our location making love. Chester Gonzalaze said "I don't need to go to crime scene I drink at nearby bar often, there is no such thing as eye witness to rape. Attorney Chester Gonzalaze Appologized to Jurors for Having Defended me.</u>

21. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition?

    ☑ Yes    ☐ No

If your answer is "yes," give the date on which each petition was filed, the federal court in which it was filed, and whether the petition was (a) dismissed without prejudice or (b) denied.

<u>Unknown, Legal material taken from me, some returned jumbled up is being straightened up now.</u>

22. Are any of the grounds listed in paragraph 20 above presented for the first time in this petition?

    ☐ Yes    ☑ No

If your answer is "yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

23. Do you have any habeas corpus proceedings or appeals now pending in any court, either state or federal, relating to the judgment or proceeding under attack?

☑ Yes   ☐ No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed.

11.07 Texas court of criminal appeals/Recent.
Direct Appeal Brief still not filled by Attorney's.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

REFUSED ATTORNEY
FOR HABIUS
WRIT.

Signature of Attorney (if any)

I have been in custody 10 years as of march 18th 2004.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed on 031304 (date).

E Kaithuys ML
Signature of Petitioner (required)

Petitioner's current address: P.O. BOX 4500 TENN. Colony, TX. 75886
THIS DOCUMENT NOT TO BE ALTERED,
or ABRIDGED.

United States District Court
TEXAS

MISCELLANEOUS
B-04-010

Edward Kent Hauersperger §
(Plaintiff)
v.                              §  6:03 CV 99
The State of Texas              §
(Defendant)

## Motion to File Habius corpus informa pauperis

Here comes above named plaintiff and prays that Honorable court file, and hear his Habius writ informa pauperis. Plaintiff Guarantees $5.00 fee will be paid imediately after his release. plaintiff is seeking 43 million dollars in damages from the state of Texas, for violation of his constitutional rights. Plaintiff is refused funds while in custody by the state of Texas. Enacted this the 22nd day of march in the 2004th year of christ.

E. Kent Hauersperger

Authorization for release of Institutional Account information and payment of filing Fee.

I, Edward Kent Hauersperger #873197 hereby authorize the clerk of the court to obtain information from the institution at which I presently reside about deposits into and withdrawls from my account at this institution during the past (6) six months and for as long thereafter as neccessary to determine my eligibility to proceed in Forma Pauperis, pursuant to the provisions of 28 U.S.C. § 1915.

I Further Authorize the Agency having custody of my person to withdraw and forward payments from my account to the clerk of the court in accordance with 28 U.S.C. 1915.

*E. Kent Hauersperger*
signature of plantiff