IN THE UNITED STATES DISTRICT COURT

2

United States District Court
Southern District of Texas
FILED

FOR THE __Southern__ DISTRICT OF TEXAS
__Brownsville__ DIVISION

MAR 2 9 2004

Michael N. Milby
Clerk of Court

Edward Kent Mauersperger
AKA LaFontaine 873M7
Plaintiff's name and ID Number

MI 036 BX 500 Tenn. Colony, TX,
78556
Place of Confinement

**MISCELLANEOUS**

CASE NO. __B-04-010__
(Clerk will assign the number)

v. Yolanda DeLeon
State of Texas

APPLICATION TO PROCEED
IN FORMA PAUPERIS

Defendant's name and address

I, Edward Kent Mauersperger, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.   Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment            Yes☐ No☑
   b. Rent payments, interest or dividends?                    Yes☐ No☑
   c. Pensions, annuities or life insurance payments?          Yes☐ No☑
   d. Gifts or inheritances?                                   Yes☐ No☑
   e. Family or friends?                                       Yes☐ No☑
   f. Any other sources?                                       Yes☐ No☑

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____

   _____

2.   Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
                        Yes☐              No☑
   If you answered **YES**, state the total value of the items owned.

   _____

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes☐        No☑

If you answered YES, describe the property and state its approximate value.

_____

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the 23 day of March , 19 2003

_____
Signature of Plaintiff          ID Number

873197

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF
YOUR INMATE TRUST ACCOUNT.      YOU CAN ACQUIRE THE
APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE
LAW LIBRARY AT YOUR PRISON UNIT.

Revised 6/97