UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District
South...

SEP 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk Dahimodu

| | | |
|---|---|---|
| EDWARD KENT HAUERSPERGER, <br> A.K.A., EDWARD LAFONTAINE, <br> A.K.A., EDWARD KENT HAUERSPEGER <br><br> Petitioner, <br><br> v. <br><br> YOLANDA DE LEON, et al, <br><br> Respondents. | § § § § § § § § § § § | MISC. ACTION NO. B-04-010 |

### ORDER ADOPTING THE
### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-referenced cause of action. After a de novo review of the file, the Report and Recommendation is hereby ADOPTED. Accordingly, the § 2254 motion at issue (Docket No. 1) is hereby DISMISSED for want of jurisdiction. Such dismissal, however, is WITHOUT PREJUDICE as to Petitioner's right to file a motion for leave to file a second or successive § 2254 motion in the United States Court of Appeals for the Fifth Circuit pursuant to § 2244(b)(3)(A). Furthermore, Hauersperger is CAUTIONED that future frivolous filings will invite the imposition of sanctions.

IT IS SO ORDERED.

DONE at Brownsville, Texas this ___ day of _____, 2004.

_____
Hilda Tagle
United States District Judge